IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
FREUD AMERICA, INC.,            )
                                )
          Plaintiff,            )
                                )
     v.                         )    1:20CV109
                                )
MILWAUKEE ELECTRIC TOOL         )
CORPORATION,                    )
                                )
          Defendant.            )
```

## ORDER

This matter comes before the Court on Plaintiff's Consent Motion for Transfer of Venue to the U.S. District Court for the District of Delaware Pursuant to 28 U.S.C. § 1404(a). (Doc. 36.) The court has considered the motion and finds that it should be granted under § 1404(a), because "all parties have consented" to transfer the case to the District of Delaware.

**IT IS THEREFORE ORDERED** that Plaintiffs' motion to transfer this case pursuant to 28 U.S.C. § 1404(a), (Doc. 36), is **GRANTED** and that this case shall be transferred to the United States District Court for the District of Delaware.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss, (Doc. 13), is **DENIED AS MOOT.**

This the 2nd day of July, 2020.

　　　　　　　　　　　　　　　　　　/s/ William L. Osteen, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge